GARY M. RESTAINO
United States Attorney
District of Arizona
RYAN P. DEJOE
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: ryan.dejoe@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR23-00415 TUC-RM(JR) |
| Plaintiff, | **INDICTMENT** |
| vs. | Violations: |
| Fredy Ottoniel Sanic-Sisimit, | 8 U.S.C. § 1326(a)<br>(Reentry of Removed Alien)<br>**Count 1** |
| Defendant. | 18 U.S.C. § 111(a) and 111(b)<br>(Assault on a Federal Officer)<br>**Count 2** |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about March 5, 2023, in the District of Arizona, to wit: at or near Bisbee, Fredy Ottoniel Sanic-Sisimit, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Alexandria, Louisiana, on or about October 5, 2022, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

///

## COUNT 2

On or about March 5, 2023, in the District of Arizona, to wit: at or near Bisbee, Fredy Ottoniel Sanic-Sisimit did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent K.S., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while K. S. was engaged in and on account of the performance of his official duties, and such act involved physical contact and in doing so inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a) and 111(b).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated:   March 29, 2023

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

RYAN P. DEJOE
Assistant United States Attorney

*United States of America v. Fredy Ottoniel Sanic-Sisimit*
*Indictment Page 2 of 2*